```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
GRAND RIVER ENTERPRISES SIX         :
NATIONS, LTD.,                      :
                                    :
            Plaintiff,              :
                                    :
       -against-                    :     MEMORANDUM OPINION
                                    :         AND ORDER
TROY KING, et al.,                  :     02 Civ. 5068 (JFK)
                                    :
            Defendants.             :
----------------------------------- X
```

**JOHN F. KEENAN, United States District Judge:**

In a letter dated November 10, 2008, Plaintiff asks the Court to reconsider or, alternatively, clarify its October 14, 2008, order (the "Order"). Specifically, Plaintiff asks whether the Order (1) addressed the merits of Plaintiff's antitrust claim by precluding a claim based a rule of reason standard, and (2) overruled Magistrate Judge Eaton's subsequent discovery rulings.[1]  The Order does not preclude an antitrust claim based on a rule of reason standard, nor does it overrule Magistrate Judge Eaton's subsequent discovery rulings.

Having clarified the Order, the Court finds that a pre-motion conference for a motion to reconsider the Order is unnecessary.

---

[1] Plaintiff does not ask the Court to reconsider or clarify the Order to the extent it ruled on the scope of discovery.

SO ORDERED.

Dated:   New York, New York

         January 14, 2009

                                    _____
                                    JOHN F. KEENAN

                                    United States District Judge