UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
GRAND RIVER ENTERPRISES SIX  :
NATIONS, LTD.,  :
 :
            Plaintiff,  :
 :
    -against-  :
 :    **ORDER**
TROY KING, et al.,  :  02 Civ. 5068 (JFK)
 :
           Defendants.  :
------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-09

**JOHN F. KEENAN, United States District Judge:**

In a letter to the Court dated February 10, 2009, Plaintiff requested, among other things, that the Court order Defendants to produce deposition transcripts from the NPM adjustment proceedings, including that of Defendants' expert Dr. Gruber. The request is denied as untimely. Magistrate Judge Eaton had closed both fact and expert discovery prior to this request.

**SO ORDERED.**

**Dated:**    **New York, New York**

           **February / / , 2009**

                                          **JOHN F. KEENAN**
                                  **United States District Judge**