```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
GRAND RIVER ENTERPRISES SIX   :
NATIONS, LTD.,                :
                              :   No. 02 Civ. 5068 (JFK)
            Plaintiff,        :
                              :          ORDER
    -against-                 :
                              :
TROY KING et al.,             :
                              :
            Defendants.       :
------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

Oral argument on the cross motions for summary judgment and Defendants' evidentiary motions is scheduled for March 5, 2010 at 10:30 a.m. in Courtroom 20-C.

**SO ORDERED.**

**Dated:**  New York, New York
            January 25, 2010

                                          *John F. Keenan*
                                          JOHN F. KEENAN
                                     **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-25-10