USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-14-11

Keenan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
GRAND RIVER ENTERPRISES SIX NATIONS, :
LTD., : Index No.: 02 CIV. 5068 (JFK)(DFE)
:
Plaintiff, :
:
- against - : STIPULATION AND ORDER OF
: PARTIAL DISMISSAL
TROY KING, *et al.* :
Defendants. :
:
------------------------------------------------------------ x

WHEREAS, Plaintiff Grand River Enterprises Six Nations, Ltd. ("Grand River") commenced this action on or about July 1, 2002, seeking declaratory and injunctive relief against Defendants, Attorneys General of thirty-one States, based on various constitutional and federal law claims;

WHEREAS, Grand River is the sole remaining plaintiff in this action;

WHEREAS, Grand River and Defendant John W. Suthers ("General Suthers"), Attorney General for the State of Colorado, wish to dismiss this action as against General Suthers and the State of Colorado, with prejudice, and without costs to any party,

NOW THEREFORE:

1.  Grand River, by its undersigned counsel, and General Suthers and the State of Colorado, by their undersigned counsel, hereby agree to a voluntary dismissal, with prejudice, of Grand River's Amended Complaint only as to General Suthers and the State of Colorado, pursuant to Fed. R. Civ. P. 41.

2.  Neither Grand River nor General Suthers and the State of Colorado shall bear any costs of the other party in this action.

{10711249:1}                                         1

3. This Stipulation may be executed in counterparts, all of which when together shall constitute one and the same document.

Dated: New York, New York
November 1̲2̲, 2011

*signature*

Robert J. Luddy
Gregory J. Kerr
WINDELS MARX LANE & MITTENDORF, LLP
156 W. 56th Street
New York, New York 10019
(212) 237-1034
*Attorneys for Plaintiff Grand River Enterprises Six Nations Limited*

*signature*

Brian L. Laughlin, Esq.
Office of the Colorado Attorney General
Consumer Protection Section
Tobacco Settlement Enforcement
1525 Sherman Street, 5th Floor
Denver, Colorado 80203
303-866-5079
*Attorneys for Defendant John W. Suthers, Attorney General of the State of Colorado, and the State of Colorado*

**So Ordered,**

12/14/11

*signature*
JOHN F. KEENAN
United States District Judge